```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KYLE STRAUSS,                                                      :
                                                                   :
                    Plaintiff,                                     :
                                                                   :      19-cv-10158 (LJL)
         -v-                                                       :
                                                                   :      ORDER
LITTLE FISH CORP and ALICART, INC.,                                :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2020

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference on the application to approve the settlement (Dkt. No. 13) on Friday, May 29, 2020 at 2:30 p.m. by TELEPHONE CONFERENCE.  The Parties are directed to call the Court's conference line at (888) 251-2909 and dial access code 2123101.

In addition to Counsel, Plaintiff and a representative of each Defendant should appear on the call.  Counsel should be prepared to discuss the terms and conditions of the proposed settlement including the financial consideration, plaintiff's range of potential recovery, the costs avoided by the settlement and the award of attorneys' fees and costs.  In addition, counsel should be prepared to discuss the release, confidentiality, and non-disparagement provisions of the proposed settlement.

IT IS FURTHER ORDERED that in advance of the conference, and by no later than May 27, 2020 at 5:00 p.m., counsel shall file on ECF a letter substantiating the request for attorneys' fees and costs, including as attachment contemporaneous time sheets, billing records, information about hourly rates, information about attorney qualifications and experience, any retainer agreement, all records of costs, and any other documentation necessary to support the requested award.

SO ORDERED.

Dated: May 20, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge