UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/2020_
```

--------------------------------------------------------------------X
                     :

KYLE STRAUSS,                :
                     :
           Plaintiff,    :          19-cv-10158 (LJL)
                     :
      -v-             :            ORDER
                     :
LITTLE FISH CORP and ALICART, INC.,  :
                     :
         Defendant.   :
                     :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference today on the application to approve a settlement agreement (Dkt. No. 13).  At the conference the parties advised that changes would need to be made to the settlement agreement.  For that reason, IT IS HEREBY ORDERED that the settlement application is DENIED as moot.

      IT IS FURTHER ORDERED that any revised settlement agreement shall be filed with the Court no later than June 29, 2020.

      IT IS FURTHER ORDERED that the Court will hold a conference in this matter on July 10, 2020 at 3:00 p.m.  At that date and time, the parties are directed to call the Court's conference line at (888) 251-2909 and dial access code 2123101.  If the parties are able to reach a new settlement agreement, the July 10 hearing will be held for the purpose of determining whether the Court may approve that settlement under the standards set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  If the parties are not able to reach a new settlement agreement, the July 10 hearing will be used to set a schedule for discovery and trial.  In that case, the parties are ordered file a proposed case management plan and scheduling order no later than July 3, 2020, pursuant to the Court's individual rules.

      SO ORDERED.

Dated: May 29, 2020
      New York, New York      _____
                                 LEWIS J. LIMAN
                          United States District Judge