

**Nancy Wright**
212.915.5845 (direct)
Nancy.Wright@wilsonelser.com

Jason Canne
212.915.5729
Jason.Canne@wilsonelser.com

July 2, 2020

**VIA ECF**
Honorable Lewis Liman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Kyle Strauss v. Alicart Restaurant Group et. al.**
              **Case No.: 1:19-cv-10158**

Your Honor:

      This firm represents the Defendants, Little Fish Corp. d/b/a Carmine's and Alicart, Inc. d/b/a Alicart Restaurant Group in the above-referenced action. Pursuant to *Cheeks v. Freeport Pancake House, Inc*. 796 F.3d 199 (2d Cir. 2015), and the Court's May 29, 2020 Order, Defendants write jointly with the Plaintiff, Kyle Strauss to request this Court's approval of the revised settlement agreement ("Agreement") reached by the parties in this matter. On May 29, 2020 the Court held a conference regarding the Parties request for approval of a prior settlement agreement reached by the Parties. The Court denied the request as moot in light of certain changes that would need to be made to the prior settlement agreement. The Court ordered the parties to file a revised settlement agreement for Court approval by June 29, 2020. The Court also set a hearing for July 10, 2020 to discuss the terms of a revised agreement. On June 29, 2020, the Parties jointly requested an extension of time to July 2, 2020 to file the revised agreement to allow additional time to finalize the terms. To date, the Court has not ruled on that request.

      The Parties have now reached a final Agreement and submit the proposed Agreement herein for Court approval in advance of the July 10, 2020 hearing. For the reasons stated during the May 29, 2020 hearing, the Parties respectfully request that the Court approve the settlement agreement submitted herein.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

10883369v.1
10883369v.1

Respectfully submitted,

| **ROBERT HALPERN** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
|---|---|
| */ s / Robert Halpern* | */ s / Jason W. Canne* |
| Robert Halpern | Nancy V. Wright |
| *Attorney for Plaintiff* | Jason W. Canne |
| 18 West Gowen Avenue | *Attorneys for Defendants* |
| Philadelphia, PA 19119 | 150 East 42nd Street |
| Tel: (646) 288-4372 | New York, NY 10017 |
| rnh17@verizon.net | Tel: (212) 490-3000 |
| | Nancy.Wright@wilsonelser.com |
| | Jason.Canne@wilsonelser.com |