# ROBERT HALPERN, ESQ.

In New York: c/o Law office of David J. Wood
630 Fifth Avenue, 20ᵗʰ Floor
New York, NY 10111
In Pennsylvania: 18 W. Gowen Avenue
Philadelphia, PA 19119
646-288-4372 · Fax 212-598-4192 · rnh17@verizon.net

July 3, 2020

**VIA ECF**
Honorable Lewis Liman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:** ***Kyle Strauss v. Little Fish Corp. d/b/a Carmine's and Alicart,***
> ***Inc. d/b/a Alicart Restaurant Group***
> **Case No. 19-cv-10158**

Your Honor:

I represent the plaintiff in the above-referenced action. As described in the joint letter that the parties filed yesterday, we have reached an agreement that is hopefully resolves the Court's concerns. Please note that as the plaintiff remains unemployed, he could not allot funds for the purchase of the transcript of the prior telephone hearing. My sincere apologies for the inconvenience.

Respectfully submitted,
/s/
Robert Halpern
*Attorney for the Plaintiff*